IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                      PLAINTIFF

VS.                                          4:09-CR-00278-04-BRW

WILLIAM AUSTIN VICKERS                                                                      DEFENDANT

## ORDER

Pending is Defendant's *pro se* Motion for Early Termination of Supervised Release (Doc. No. 346). Both the Prosecution and Defendant's supervising officer have advised the Court that they do not object to Defendant's Motion.

Based on the parties' representations, the Motion is GRANTED, and Defendant is released from further supervision.

IT IS SO ORDERED this 19th day of October, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE